1  Linda A. King, Esq.  SBN. 087138
   LAW OFFICES OF LINDA A. KING & ASSOCIATES
2  2044 First Avenue, Suite 200
   San Diego, California 92101-2079
3  Telephone: (619) 233-8034
   Fax: (619) 233-4516
4
5  Attorney for Material Witnesses

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**(Magistrate Judge McCurine, Jr.)**

| | |
|---|---|
| UNITED STATES OF AMERICA; | Criminal Case No: 08cr0972 |
|  | Magistrate Case No. 08mj0942 |
| Plaintiff, | **MOTION FOR MATERIAL WITNESSES' VIDEOTAPED DEPOSITION** |
| vs. | |
| RAMON VASQUEZ-CABRALES, et al. | DATE: April 29, 2008 |
|  | TIME: 10:30 am |
| Defendant. | HON:   William McCurine, Jr. |

TO UNITED STATES ATTORNEY KAREN P. HEWITT OR HER REPRESSENTATIVE, TO ATTORNEY, FEDERAL DEFENDERS FOR DEFENDANT (name of defendant): NOTICE IS HEREBY GIVEN that on April 29, 2008    at  10:30 am, or as soon thereafter as the matter may be heard, in the courtroom of Honorable William McCurine, Jr. of this court, located at 940 Front Street, San Diego, California 92101,  Material Witnesses Eduardo Reyes-Rodriguez and Ramon Torres-Silva by and through their attorney of record,  Linda A. King, will move the court for an order authorizing the videotaped deposition of the material witnesses.

1

**MOTION FOR  MATERIAL WITNESS'S VIDEOTAPED DEPOSITION**

1  The motion will be made on the ground that there is good cause for the order requested in that the
2  material witnesses know of no sureties in this country who will bond them out of US Marshall's Custody
3  during the pendency of this matter.  Neither the interests of justice nor the convenience of the parties and
4  witnesses will be served by requiring the material witnesses to remain in Marshall's Custody until the
5  matter is concluded.

Date:April 10, 2008

                          S/Linda A. King_____
                            Linda A. King
                            Attorney for Material Witness(es)