# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER  08CR0972-3-WQH
                        )
vs                      )   ABSTRACT OF ORDER
                        )
Denise Pelayo-          )   Booking No. 07967298
Hernandez               )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __4-16-08__
the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__X__ Defendant released on $ __15,000 P/S__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
       _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

                                          __William McCurine Jr.__
                                          UNITED STATES MAGISTRATE JUDGE

                                          OR
Received _____           W. SAMUEL HAMRICK, JR. Clerk
         DUSM                             by
                                             _____
                                                         Deputy Clerk

Crim-9  (Rev 6-95)                                        ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY