1  KAREN P. HEWITT
   United States Attorney
2  JOSEPH J.M. ORABONA
   Assistant U.S. Attorney
3  California State Bar No. 223317
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7736
   Facsimile:  (619) 235-2757
6  Email: joseph.orabona@usdoj.gov

7  Attorneys for Plaintiff
   United States of America

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,                | ) | Criminal Case No. 08CR0972-WQH
   |                                          | ) |
11 |                        Plaintiff,        | ) | Date:  May 19, 2008
   |                                          | ) | Time:  2:00 p.m.
12 |           v.                             | ) |
   |                                          | ) | The Honorable William Q. Hayes
13 | RAMON VASQUEZ-CABRALES (1),              | ) |
   | BERNICE PELAYO-HERNANDEZ (2),            | ) | **UNITED STATES' NOTICE OF MOTIONS**
14 | DENISE PELAYO-HERNANDEZ (3),             | ) | **AND MOTIONS FOR:**
   |                                          | ) |
15 |                        Defendants.       | ) | **(1)  RECIPROCAL DISCOVERY; AND**
   |                                          | ) | **(2)  LEAVE TO GRANT FURTHER**
16 |                                          | ) |      **MOTIONS**

        PLEASE TAKE NOTICE that on May 19, 2008, at 2:00 p.m., or as soon thereafter as counsel

   may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt,

   United States Attorney, and Joseph J.M. Orabona, Assistant United States Attorney, will move the Court

   to enter an order granting the following motions.

26 //

27 //

28 //

                                                                                        08CR1008-LAB

**MOTIONS**

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Joseph J.M. Orabona, Assistant United States Attorney, hereby moves this Court for an order granting the following motions for:

    1.    Reciprocal Discovery; and

    2.    Leave to File Further Motions

The motions noted above are based on the files and records of this case, together with the a separately captioned statement of facts and memorandum of points and authorities.

DATED: April 28, 2008

                      Respectfully submitted,

                      KAREN P. HEWITT
                      United States Attorney

                      /s/ *Joseph J.M. Orabona*
                      JOSEPH J.M. ORABONA
                      Assistant United States Attorney