UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0972-WQH |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| RAMON VASQUEZ-CABRALES (1), BERNICE PELAYO-HERNANDEZ (2), DENISE PELAYO-HERNANDEZ (3), | ) | |
| Defendants. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Joseph J.M. Orabona, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of the Notice of Motions and Motions For (1) Reciprocal Discovery; and (2) Leave to File Further Motions; together with the separately captioned Statement of Facts and Memorandum of Points and Authorities on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1. Linda Lopez
   Federal Defenders of San Diego, Inc.
   225 Broadway, Suite 900
   San Diego, California 92101-5008
   Tel:  (619) 234-8501
   Email: linda_lopez@fd.org
   *Attorney for Ramon Vasquez-Cabrales*

2. Charles N. Guthrie
   Law Offices of Charles N. Guthrie
   121 Broadway, Suite 531
   San Diego, California 92101-3596
   Tel:   (619) 230-8598
   Email: charlesnguthrie@aol.com
   *Attorney for Bernice Pelayo-Hernandez*

3. Holly S. Hanover
   Law Offices of Holly S. Hanover
   1016 La Mesa Ave.
   Spring Valley, California 91977
   Tel:  (619) 295-1264
   Email: netlawyr@aol.com
   *Attorney for Denise Pelayo-Hernandez*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 28, 2008.

/s/ *Joseph J.M. Orabona*
JOSEPH J.M. ORABONA
Assistant United States Attorney

08CR1008-LAB