HOLLY S. HANOVER, Esq.
California State Bar Number 177303
1016 La Mesa Ave.
Spring Valley, CA 91977
Telephone: (619) 295-1264
E-Mail: Netlawyr@aol.com
Attorney for Defendant, Denise Pelayo-Hernandez

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(THE HON. WILLIAM Q. HAYES)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    Plaintiff,<br><br>v.<br><br>**DENISE PELAYO HERNANDEZ (3),**<br>    Defendant. | CASE NO. 08cr0972-WQH<br><br>DATE: May 19, 2008<br>TIME: 2:00 p.m.<br><br>NOTICE OF MOTIONS and MOTIONS TO:<br>1) COMPEL DISCOVERY;<br>2) TO PRECLUDE THE PROSECUTION<br>    FROM PROCEEDING UNDER AN<br>    AIDING AND ABETTING THEORY;<br>3) TO SUPPRESS EVIDENCE; and for<br>4) <u>LEAVE TO FILE FURTHER MOTIONS</u> |

**TO:   KAREN P. HEWITT, or current UNITED STATES ATTORNEY, AND**
       **JOSEPH ORABONA, or current ASSISTANT UNITED STATES ATTORNEY:**

PLEASE TAKE NOTICE that on May 19 at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, Denise Pelayo Hernandez, by and through her counsel, Holly S. Hanover, will ask this Court to enter an order granting the motions listed below.

//
//
//
//
//
//

**MOTIONS**

The Defendant, Denise Pelayo Hernandez, by and through her attorney, Holly S. Hanover, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1) Compel Discovery;
2) Preclude the prosecution from proceeding under an Aiding and Abetting theory;
3) Suppress Evidence; and to
4) Grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

**Respectfully submitted,**

**Dated: April 30, 2008**          s/ *Holly S. Hanover*
                                    **Attorney for Mr. Denise Pelayo Hernandez**
                                    **E-mail: Netlawyr@aol.com**