1  HOLLY S. HANOVER, Esq.
   California State Bar Number 177303
2  1016 La Mesa Ave.
   Spring Valley, CA 91977
3  Telephone: (619) 295-1264
   E-Mail: Netlawyr@aol.com
4  Attorney for Defendant, Denise Pelayo-Hernandez

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## (THE HON. WILLIAM Q. HAYES)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>DENISE PELAYO HERNANDEZ (3),<br>    Defendant. | CASE NO. 08cr0972-WQH<br><br>DATE: May 19, 2008<br>TIME: 2:00 p.m.<br><br>CERTIFICATE OF SERVICE |

**IT IS HEREBY CERTIFIED THAT:**

I, Holly Hanover, am a citizen of the United States and am at least 18 years of age. My business address is 3132 Third Ave. #101, San Diego, CA, 92103.

I have cause the service of the Motions for Discovery, Preclusion, and Suppression with leave to file additional motions in this case. The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following e-mail addresses:

*//*

*//*

*//*

*//*

*//*

*//*

*//*

1                                                              07cr3416

| Name: | E-mail Address: |
|---|---|
| Charles N. Guthrie | charlesnguthrie@aol.com |
| Linda Lopez | Linda_Lopez@fd.org, Pamela_Bishop@fd.org |
| Linda King | laking@N2.net, vbm_5562@yahoo.com |
| Joseph J.M. Orabona | joseph.orabona@usdoj.gov, efile.dkt.gc1@usdoj.gov, glory.rascon@usdoj.gov |

**Respectfully submitted,**

**Dated:  April 30, 2008**              s/ *Holly S. Hanover*
                                        **Attorney for Mr. Denise Pelayo Hernandez**
                                        **E-mail: Netlawyr@aol.com**