HOLLY S. HANOVER, Esq.
California State Bar Number 177303
1016 La Mesa Ave.
Spring Valley, CA 91977
Telephone: (619) 295-1264
E-Mail: Netlawyr@aol.com
Attorney for Defendant, Denise Pelayo-Hernandez

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (THE HON. WILLIAM Q. HAYES)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>DENISE PELAYO HERNANDEZ (3),<br>    Defendant. | CASE NO. 08cr0972-WQH<br><br>DATE: May 19, 2008<br>TIME: 2:00 p.m.<br><br>MOTION TO SHORTEN TIME |

TO:  KAREN P. HEWETT, or current UNITED STATES ATTORNEY, AND
     JOSEPH ORABONA, or current ASSISTANT UNITED STATES ATTORNEY:

Defendant, Denise Pelayo Hernandez, by and through her attorney, Holly S. Hanover, moves this Court for an order to Shorten time for the filing of the Motions for Discovery, Preclusion, and Suppression with leave to file additional motions nineteen (19) days, because counsel was ill during the normal preparation time for these motions. Counsel will submit a proposed order in word-perfect format by e-mail to the Court.

Respectfully submitted,

**Dated: April 30, 2008**

s/ *Holly S. Hanover*
Attorney for Denise Pelayo Hernandez
E-mail: Netlawyr@aol.com