1  HOLLY S. HANOVER, Esq.
   California State Bar Number 177303
2  1016 La Mesa Ave.
   Spring Valley, CA 91977
3  Telephone:  (619) 295-1264
   E-Mail: Netlawyr@aol.com
4  Attorney for Defendant, Denise Pelayo-Hernandez

5             **UNITED STATES DISTRICT COURT**
              **SOUTHERN DISTRICT OF CALIFORNIA**
6                **(THE HON. WILLIAM Q. HAYES)**

7  **UNITED STATES OF AMERICA,**        )   CASE NO.  08cr0972-WQH
           **Plaintiff,**               )
8                                       )   DATE:  May 19, 2008
                                        )   TIME:  2:00 p.m.
9  **v.**                               )
                                        )   **CERTIFICATE OF SERVICE**
10 **DENISE PELAYO HERNANDEZ (3),**     )
           **Defendant.**               )
11 _____      )

12 **IT IS HEREBY CERTIFIED THAT:**

13      I, Holly Hanover, am a citizen of the United States and am at

14 least 18 years of age.  My business address is 3132 Third Ave.

15 #101, San Diego, CA, 92103.

16      I have cause the service of the Motion to Shorten Time in this

17 case.  The following recipients are currently on the list to

18 receive e-mail notices for this case and have thus been served

19 electronically at the following e-mail addresses:

20 *//*

21 *//*

22 *//*

23 *//*

24 *//*

25 *//*

26 *//*

27

28

                          1                              07cr3416

| Name: | E-mail Address: |
|---|---|
| Charles N. Guthrie | charlesnguthrie@aol.com |
| Linda Lopez | Linda_Lopez@fd.org, Pamela_Bishop@fd.org |
| Linda King | laking@N2.net, vbm_5562@yahoo.com |
| Joseph J.M. Orabona | joseph.orabona@usdoj.gov, efile.dkt.gc1@usdoj.gov, glory.rascon@usdoj.gov |

**Respectfully submitted,**

**Dated:  May 1, 2008**          s/ *Holly S. Hanover*
                      **Attorney for Mr. Denise Pelayo Hernandez**
                      **E-mail: Netlawyr@aol.com**