```
 1  KAREN P. HEWITT
    United States Attorney
 2  JOSEPH J.M. ORABONA
    Assistant U.S. Attorney
 3  California State Bar No.223317
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone No.: (619) 557-7736
    Email: joseph.orabona@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

8     UNITED STATES DISTRICT COURT

9     SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0972-WQH |
| 11                  Plaintiff, ) | Date:  May 19, 2008 |
| 12                             ) | Time:  2:00 p.m. |
| 13              v.             ) | The Honorable William Q. Hayes |
| 14  DENISE PELAYO-HERNANDEZ (2), ) | **MOTION TO SHORTEN TIME** |
| 15                             ) | |
| 16                  Defendant. ) | |

17   The United States requests an order shortening time to May 13, 2008, to file its response in

18 opposition (docket no. 43) to Defendant Pelayo's various motions to preclude, suppress, and compel

19 (docket no. 37), in light of preparation for two trials within one week and the complexity of two of the

20 five motions filed by Defendants.

21   DATED: May 13, 2008.

22                                               Respectfully submitted,

23                                               KAREN P. HEWITT
   United States Attorney

25                                               s/Joseph J.M. Orabona
   JOSEPH J.M. ORABONA
26                                               Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR0972-WQH |
| Plaintiff, ) | |
| v. ) | |
| ) | **CERTIFICATE OF SERVICE** |
| DENISE PELAYO-HERNANDEZ (2), ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, Joseph J.M. Orabona, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **United States' Motion to Shorten Time**, as lead counsel for the United States, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

> Holly S. Hanover, Esq.
> Law Office of Holly S. Hanover
> 1016 La Mesa Avenue
> Spring Valley, California 91977
> Tel: (619) 295-1264
> Email: netlawyr@aol.com
> *Lead Attorney for Defendant Denise Pelayo-Hernandez*

A hard copy will be delivered to chambers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2008.

/s/ *Joseph J.M. Orabona*
JOSEPH J.M. ORABONA
Assistant United States Attorney