UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08mj 0942 |
| Plaintiff | ) | CRIMINAL NO. 08CR 0972-WQH ✓ |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Ramon Vasquez-Cabrales | ) | Booking No. 07968298 |
| Defendant(s) | ) | |

William McCurine, Jr.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Juan Carlos Yepez-Yepez

DATED: 5/22/08

William McCurine, Jr.
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____     OR
         DUSM

W. SAMUEL HAMRICK, JR. Clerk
by _____
         Deputy Clerk